HARRY BRANDENBURG, Plaintiff, *v.* FRANK S. HOGAN, Individually and as District Attorney of New York County, Defendant.

Supreme Court, Special Term, New York County, June 13, 1947.

*Hartman, Sheridan, Tekulsky & Donoghue* for plaintiff.

*Frank S. Hogan, District Attorney,* defendant in person.

HAMMER, J. This motion is granted and the complaint is dismissed. Even assuming jurisdiction in this court upon the allegations of sufficient material pertinent facts the complaint here does not allege such facts as would warrant the relief sought. (See opinion in *Matter of Brandenburg* v. *Court of General Sessions*, 189 Misc. 4, of even date, decided herewith.)